UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARVIN ELLIS,

                        Plaintiff,

        -against-

CITY OF NEW YORK; POLICE OFFICER FRANK
GANDIOSI, Shield No. 5864; POLICE OFFICER JUSTIN
PUCCIA, Shield No. 15693; POLICE OFFICER
VINCENZO DIMARTINO, Shield No. 19954; JOHN and
JANE DOE 1 though 10, individually and in their official
capacities, (the names John and Jane Doe being fictitious,
as the true names are presently unknown),

                        Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' LIST OF WITNESSES**

11 CV 2041 (JBW) (RER)

        Defendants City of New York, Police Officer Gandiosi, Police Officer Puccia and Police Officer Dimartino, by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, hereby submit the following list of trial witnesses:

1.      Police Officer Frank Gandiosi

2.      Police Officer Justin Puccia

3.      Police Officer Vincenzo Dimartino

4.      Syed Junaid Qamer

## RESERVATION OF RIGHTS

Defendants reserve the right to call any witnesses listed on the plaintiff's witness list and respectfully reserve the right to amend this witness list by adding or deleting witnesses upon review of plaintiff's list of witnesses.

Dated: New York, New York
      February 14, 2012

                          MICHAEL A. CARDOZO
                          Corporation Counsel of the City of New York
                          *Attorney for Defendants City of New York, Police Officer Gandiosi, Police Officer Puccia and Police Officer Dimartino*
                          100 Church Street
                          New York, New York 10007
                          (212) 788-1573 / 0988

By: _____
                          Johana V. Castro
                          Brian Francolla
                          Special Federal Litigation