AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 22 2012 ★

BROOKLYN OFFICE

| MARVIN ELLIS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV11-2041 (JBW) |
| CITY OF NEW YORK et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* **CITY OF N.Y. et al** _____ recover costs from the plaintiff *(name)* **MARVIN ELLIS** _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge **JACK B. WEINSTEIN** presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 6/20/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*