UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

MARVIN ELLIS,

                                    Plaintiff,

              -against-

CITY OF NEW YORK; POLICE OFFICER FRANK
GANDIOSI, Shield No. 5864; POLICE OFFICER JUSTIN
PUCCIA, Shield No. 15693; POLICE OFFICER
VINCENZO DIMARTINO, Shield No. 19954,

                                    Defendants.
---------------------------------------------------------------------- x

**SATISFACTION OF JUDGMENT FOR COSTS**

11-CV-2041 (JBW)(RER)

      **WHEREAS**, on August 10, 2012, a judgment was entered in the Office of the Clerk of the United States District Court for the Eastern District of New York in the above-entitled action in favor of defendants and against plaintiff Marvin Ellis for costs, pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. §§1920 and 1923, in the amount of $885.95, and said judgment has been fully paid by the plaintiff.

      **THEREFORE,** satisfaction of the judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated:    New York, New York
             June 15, 2015

                                      **ZACHARY W. CARTER**
                                      Corporation Counsel of the City of New York
                                        *Attorney for Defendants*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-3527
                                      bfrancol@law.nyc.gov

                          By: _____
                                   Brian Francolla
                                   *Senior Counsel*
                                   *Special Federal Litigation Division*

To:    <u>VIA ECF and FIRST CLASS MAIL</u>
Harvis & Saleem, LLP
Gabriel P. Harvis
305 Broadway, 14th floor
New York, N.Y. 10007

Mr. Marvin Ellis
19 Stewart Place
Elizabeth, New Jersey 07203

11-CV-2041 (JBW)(RER)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARVIN ELLIS,

Plaintiff,

-against-

CITY OF NEW YORK; POLICE OFFICER FRANK GANDIOSI, Shield No. 5864; POLICE OFFICER JUSTIN PUCCIA, Shield No. 15693; POLICE OFFICER VINCENZO DIMARTINO, Shield No. 19954,

Defendants.

## SATISFACTION OF JUDGMENT FOR COSTS

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Brian Francolla*
*Tel: (212) 356-3527*
*NYCLIS No. 2011-012829*

*Due and timely service is hereby admitted.*

*New York, N.Y. .............................................................., 2015*

*................................................................................. Esq.*

*Attorney for ...........................................................................*